[No. 24000. Department Two. October 17, 1932.]

THE STATE OF WASHINGTON, *on the Relation of Fred W. Leadbetter, Plaintiff,* v. THE SUPERIOR COURT FOR SPOKANE COUNTY *et al., Respondents.*[1]

*Griffith, Peck & Coke* and *Post, Russell, Davis & Paine,* for relator.

*Kimball & Blake, Wakefield & Witherspoon,* and *Herbert W. Erskine,* for respondents.

PER CURIAM.—This is a companion case to that of *State ex rel. Columbia River Paper Mills v. Superior Court, ante* p. 25, 15 P. (2d) 665, just decided, and upon the authority of that case the writ will be denied.

HOLCOMB, J. (dissenting)—For the reasons stated in my dissent in *State ex rel. Bond & Goodwin & Tucker v. Superior Court,* 169 Wash. 688, 15 P. (2d) 660, I dissent.